USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MUSIC L.A.A., INC. d/b/a LAA MUSIC, and ZACHARY HILLER,

Plaintiffs,

- against -

DARRYL DWAYNE GRANBERRY p/k/a DDG, DDG ENTERTAINMENT, INC, ZOOTED ENTERTAINMENT, LLC d/b/a ZOOTED MUSIC AND SONY MUSIC ENTERTAINMENT d/b/a EPIC RECORDS,

Defendant.

**25 Civ. 1609 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff filed an Amended Complaint in this action on April 25, 2025. (See Dkt. No. 20.) Defendants DDG Entertainment, Inc., Darryl Dwayne Granberry, and Zooted Entertainment, LLC filed an answer to the complaint on June 2, 2025. (See Dkt. No. 23.) Defendant Sony Music Entertainment filed an answer on June 9, 2025 (See Dkt. No. 25.)

The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also

directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by this Court. A model Case Management Plan is available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: 13 June 2025
New York, New York

_________________________
Victor Marrero
U.S.D.J.